Jean-Paul Ciardullo (State Bar No. 284170)
email:  jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone:    213-972-4500
Facsimile:     213-486-0065

*Attorneys for Ranorex Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SOFTWARE RESEARCH, INC,**,<br><br>                    Plaintiff,<br><br>             v.<br><br>**RANOREX INC.**,<br><br>                    Defendant. | Case No. 3:15-cv-00206-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

Plaintiff Software Research, Inc. ("Plaintiff") filed its initial Complaint in this action on January 14, 2015, and returned a proof of service of the Complaint on defendant Ranorex Inc. ("Defendant") dated January 22, 2015. Defendant has only just retained counsel, and requires additional time to investigate the Complaint and discuss possible out-of-court resolution with Plaintiff which may obviate the need for further litigation. To that end, and for good cause, Plaintiff and Defendant hereby jointly stipulate, pursuant to Local Rule 6.1(a), to extend the time for Defendant to respond to the Complaint until <u>March 6, 2015</u>.

Dated: February 4, 2015

Respectfully submitted,

**FOLEY & LARDNER LLP**

By: */s/ Jean-Paul Ciardullo*
    Jean-Paul Ciardullo

*Attorneys for Defendant*
RANOREX INC.

**COLT / SINGER / BEA LLP**

By: */s/ Benjamin Singer*
Benjamin L. Singer (Bar. No. 264295)
bsinger@coltsinger.com
Joseph C. Gabaeff (Bar No. 255054)
jgabaeff@coltsinger.com
Douglas S. Tilley (Bar No. 265997)
dtilley@coltsinger.com

*Attorneys for Plaintiff*
SOFTWARE RESEARCH, INC.

**Local Rule 5-1(i)(3) Certification**

*I attest that Benjamin Singer gave me his permission to affix his electronic signature to this document and electronically file it.*

*/s/ Jean-Paul Ciardullo*

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District



STIPULATION TO EXTEND TIME
CASE NO. 3:15-cv-00206-EMC

4848-3976-2209.1