1  Jean-Paul Ciardullo (State Bar No. 284170)
   email: jciardullo@foley.com
2  **FOLEY & LARDNER LLP**
   555 South Flower Street, Suite 3500
3  Los Angeles, CA 90071-2411
   Telephone:    213-972-4500
4  Facsimile:    213-486-0065

5  *Attorneys for Ranorex Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SOFTWARE RESEARCH, INC,,** | Case No. 3:15-cv-00206-EMC |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| **RANOREX INC.**, | |
| Defendant. | |

1  Subject to approval of the Court, Plaintiff Software Research, Inc. and Defendant Ranorex Inc. ("Ranorex") jointly stipulate to a three week extension of time for Ranorex to respond to the Complaint. The response is currently due on March 6, and the proposed new response date is March 27.  The parties do not seek a continuance of the April 23 Schedule Conference that has been set by the Court, so the requested extension of time does not affect any other Court deadlines.  There is good cause to grant the requested extension because the parties are currently discussing a settlement that may obviate the need to proceed with the case.

Dated:  March 3, 2015

Respectfully submitted,

**FOLEY & LARDNER LLP**

By: */s/ Jean-Paul Ciardullo*
    Jean-Paul Ciardullo

*Attorneys for Defendant*
RANOREX INC.

**COLT / SINGER / BEA LLP**

By: */s/ Benjamin Singer*
Benjamin L. Singer (Bar. No. 264295)
bsinger@coltsinger.com
Joseph C. Gabaeff (Bar No. 255054)
jgabaeff@coltsinger.com
Douglas S. Tilley (Bar No. 265997)
dtilley@coltsinger.com

*Attorneys for Plaintiff*
SOFTWARE RESEARCH, INC.

**Local Rule 5-1(i)(3) Certification**

*I attest that Benjamin Singer gave me his permission to affix his electronic signature to this document and electronically file it.*

*/s/ Jean-Paul Ciardullo*

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED
Judge Edward M. Chen

4848-3976-2209.1

STIPULATION TO EXTEND TIME
CASE NO. 3:15-cv-00206-EMC